1 of 5
PAGES

# DEPARTMENT OF JUSTICE SERVICES
## INMATE GRIEVANCE FORM

8-7-2020

EXCESSIVE USE OF FORCE

NAME: AARON ANTONY BRADFORD IMN: 235438 HU/FLOOR: SuperMAX D-Cell 7
(Print)

[✓x] Check if an informal attempt was made to resolve this grievance. If so, write the staff member involved and decision made. Refusing to attempt to solve a grievance informally with a staff member could delay the process of formal grievance. There was staff members present during the incident. Also I spoke with the Grievance officer. I also spoke with directors of the building = RAUL S BANASCO, MR. HOWARD AND MR. REED

**Please print.** You must include in your grievance the rule, regulation, policy or circumstance about which you are filing the grievance. **Be specific in giving details,** i.e. (date, time, location of incident, all persons involved and any other relevant information). Improperly filling out of this form could delay a response.

Excessive amounts of force- On or about Tuesday August 4, 2020
I was fully restrained in a restraint chair in 8-D sally port. While
officers were attempting to also cuff my already shackled ankles to
a metal loop that's screwed into the floor I was maliciously attac-
ked by a black male transportation officer. I was forced to sit
in the restraint chair because earlier that day around 9:00 Am
I informed C.O Ross and Nurse Bulock of the suicidal thoughts
that I was having.
      Between the hours of 2:00p.m and 3:00pm transportation
officer FINCH (1066) in an attempt and other officers so they could
chain my already shackled ankles to a looped screw in the floor,
stood on my bare Right foot with his shoed foot. Do to the
unbearable pain I pulled my toes back from underneath his foot.
As this officer attempted to stand on my foot again, I moved my
foot as much as possible while I was already shackled. This offi-
cer Reacted to this by striking my face with an open hand, then he
punched me. I attempted to move my face so I would not be

_____        8/7/2020
Inmate Signature        Date              Received By/DSN         Date Received
Revised 04/07/20

PLEASE SEE Added pages.

**Do not write below this line.  Use additional forms if needed.**

RESPONSE/FINDINGS:

Inmate Signature                                    IMN                    Date

Staff's Signature/DSN                                                      Date

struck again by this officer. As I moved my head so I would not be struck in the face again, this officer begin to choke me wrapping his hand arround my neck. I could not breathe. I was trying to tell the officer this. I couldn't talk. I yanked my head back in order to break free of the choke hold. Then this transportation officer grabbed and squashed my asophagus with his fingers. I tried to tell him I wasn't able to breath. I could not talk though. I moved my neck around so I could free myself of the throat clench I was in.

I was successful at snatching away from this clench the officer had on my throat. As I was asking the officer why'd he hit and choke me, he stood behind me and stuffed his fingers in my mouth. The officer attempted to stretch my lips apart. When I felt my lips splitting open I attempted to close my mouth. The officer at which point, pulled my jaws apart even harder. I bit the officer finger on his left hand.

When I bit transportation officer Finch (1066) he removed his fingers from my mouth. He instantly stuck two of his fingers in my nose and yanked my head back. The officer pulled on my nose so hard to the point my nose begin to bleed. I sustained damage to my left nostrol. My right nostrol may have been broken. I dont know if it was from him punching me or trying to stick his fingers all the way up my nose,

or from this officer attempt at ripping my nose off. All of these damages/injuries have been documented and noted by medical proffessionals at St. Louis County Infirmy within the jail. (Please see all of the documents)

I spoke with the head security officer MR. Reed. He assured me that he would view the camera footage There's a camera in 8-D Sallyport which would've captured the entire excessive amounts of force that was used by this officer. (Please view camera footage from 8-4-2020 between 2:00 p.m - 3:00 p.m) MR. Reed has not said anything else to me about it. I'm not sure if he viewed the footage that was recorded.

MR. Howard also told me he would view the footage. I've heard Nothing. I saw him in person while in the restraint chair. He told me this verbally.

I saw MR. Banasco while I was in cell 26 in the infirmery. I attempted to discuss this matter with him. But after briefly mentioning it, MR. Banasco told me he'd discuss it with me later. He pulled out his cell phone and pulled up the Note symbol. My name and inmate number was typed into his Notes. I've heard nothing else. Note: He was with someone who may have been a representative of the NAACP. This someone had a yellow cap on his head with blue letters on the front that read NAACP.

I wish to file a civil complaint.

Remedies - 1) Please view camera footage from 8-4-2020 between 2:00pm - 3:00 pm?

2) Please let it be made that this officer in order to continue his job duties here, take behavior OR anger management classes. He's very violent and that is a security and safety risks within this building?

3) I ask that he be drug screened?

4) I ask that Transportation officer Finch be kept away from all inmates until this grievance is concluded and all Remedies are met.

5) Please report this incident to Prison legal News (PLN) so that it may be posted?

6) Please allow me to immediatly get printed copies of all the Notes that medical documented. I'm talking about the injuries Noted. Also all the actions taken?

7) Please save the camera footage?

8) Please add $100,000 to my inmate funds account?

9) Please take pictures of all my injuries immediatly?

10) Please acknowledge the fact that the reason why I was not charged with assaulting this officer is because he had no business hiting me, Chocking me, nor sticking his fingers in my mouth nor my nose.?

I swear by the penalty of perjury that all of the facts above are TRUE.

Aaron Bradford   8-7-2020

# DEPARTMENT OF JUSTICE SERVICES
# INMATE GRIEVANCE FORM

8B1 #7

NAME: AARON BRADFORD     IMN: 235438  HU/FLOOR: INFIRMARY CELL #20
(Print)

[✗] Check if an informal attempt was made to resolve this grievance. If so, write the staff member involved and decision made. Refusing to attempt to solve a grievance informally with a staff member could delay the process of formal grievance.

I'VE NOW SPOKEN WITH EVERY CAPT. & ALL LTS.
I'VE SPOKEN WITH THE SECURITY MANAJOOR AND BOTH MAJORS. I SPOKE
WITH MR. HOWARD TOO. I SPOKE WITH MR BANASCO BEFORE HE RESIGNED.

**Please print.** You must include in your grievance the rule, regulation, policy or circumstance about which you are filing the grievance. **Be specific in giving details,** i.e. (date, time, location of incident, all persons involved and any other relevant information). Improperly filling out of this form could delay a response.

ON THE AUGUST 7th, 2020, I GAVE STAFF MY COMP-
LETED FIVE (5) PAGE GRIEVANCE ABOUT MY GETTING
PHYSICALLY ASSAULTED BY TRANSPORTATION OFFICER
FINCH. I'VE STILL NOT HEARD ANYTHING BACK IN
WRITING. THE ASSAULT HAPPENED 8-4-2020.
    THE ONLY THING STAFF KEEP TELLING ME IS
THAT IT'S BEING INVESTIGATED. I'VE ALSO HEARD
FROM MAJOR ISHMON MY GRIEVANCE ABOUT THE AUGUST
4TH ASSAULT THAT I UNDERWENT WAS NEVER RECEIVED BY
STAFF AND THAT IT WAS ONLY BEING INVESTIGATED BE-
CAUSE A NURSE MENTIONED IT. HOWEVER, STAFF IN MEDICAL
DID DOCUMENT ALL OF THE INJURIES THAT I SUSTAINED
    FOR SOME REASON, STAFF ARE WITHHOLDING A RESPONSE
FROM MY FORMAL GRIEVANCE ABOUT THE AUGUST 4TH SITUATION.
IT APPEARS TO BE A WAY FOR THEM TO CIRCUMVENT THE
GRIEVANCE PROCESS. (ALSO,) TO NOT ACKNOWLEDGE THE STAFF
ASSAULT I UNDERWENT.] I RECENTLY RECEIVED A GRIEVANCE

| Inmate Signature | MONDAY 9-7-2020 | CSHAW #232 | 09-11-20 |
|---|---|---|---|
| Inmate Signature | Date | Received By/DSN | Date Received |

Revised 04/07/20

ABOUT A SITUATION DEALING WITH MENTAL
HEALTH. MY POINT? I GAVE STAFF THAT GRIEVANCE
AT THE SAME TIME I GAVE 'M THE COMPLAINT ABOUT
THE AUGUST 4TH EVENT. ON 9-3-2020, THURSDAY.
I AM WAS GAVE A RESPONCE OF THE GRIEVANCE
PERTAINING TO THE MENTAL HEATH BEHAVIOR / SUICIDE
PREVENTION PROGRAM. MEANING, I RECEIVED A
COPY OF THAT RESPONCE MORE THAN 25 DAYS AFTER
I TURNED MY COMPLAINT IN TO STAFF. BUT I
STILL HAVE NOT RECEIVED A FORMEL RESPONCE
ABOUT THE DAY I WAS PHYSICALY ASSAULTED
BY OFFICER FINCH WHILE I WAS STRAPPED DOWN
FULLY RESTRIA RESTRAINED
IN A RESTRAINT CHAIR. IT WAS ALL ON CAMERA,
(8-D SALLYPORT.) PLEASE SAVE THE CAMERA
FOOTAGE LIKE I ASKED IN THE ORIGINAL
GRIEVANCE? I'D APPRECIATE A RESPONCE
TO THIS.

Do not write below this line.  Use additional forms if needed.

RESPONSE/FINDINGS:

Your missing grievance + concerns have been
addressed with Major Ishmon + Sup Reed.
All Investigations are conducted by Major Siler.

unable to sign Response. Discussed + given copy
Inmate Signature ~~stat~~ witnessed by IM Wright   Date ~~Sign~~ 09-16-20
Staff's Signature/DSN _____   Date 09-16-20

I'm writing you in concern about an investigation. On August 4, 2020 I was assaulted by an officer. The assault occured while I was in the restraint chair between the hours of 2PM - 3PM. The person who did this to me is transportation officer Finch.

I wrote a grievance on this situation. But Major Ishman told me you was still investigating the matter. I've been told the same thing by Security Manager Reed as well. I was also told that you all were notified about this situation by a nurse. (Nurse Jenifer) This particular nurse is no longer working here.

I even talked to Raul Banksa about it whenever I was moved to the rubber room in the infirmary (cell 26). Mr. Banksa put my name and inmate number in his cell phone and promised to come back to talk to me for more information about the assault assault. He was with a guy who had on an NAACP hat on. He never came back.

Anyhow, all of my injuries were documented. And the assault happened in 3-D sallyport. It's all on camera. Are you aware of this? Please respond? Thank you. Darryl Bradford

**St. Louis County**
**Department of Justice Services**
**Formal Inmate Grievance Appeal Form**

To: MR. BURRIS
Director/Designee

From: AARON BRADFORD 235438
Inmate's Name and IMN (please print)

Reason for Appeal:

I AM APPEALING THE GRIEVANCE THAT I FILED ON AUGUST 7, 2020. I ORIGINALLY FILED ABOUT A SITUATION THAT OCCURED ON AUGUST 4, 2020 BETWEEN THE HOURS OF 2:00 PM - 3:00 PM. I FILED IT UNDER THE EXCESSIVE FORCE CATTORGORY. I WAS NOT CONTENT WITH THIS RESPONCE THAT I'VE RECEIVED FROM THE INTERNAL AFFAIRS INVESTIGATOR MR. SILER BECAUSE THE RESPONCE DOES NOT ADDRESS THE ISSUE IN ITS ENTIRETY NOR DOES IT MEET ANY OF MY SOUGHT REMEDIES. AT LEAST NOT TO MY KNOWLEDGE, THUS, MAKING THE RESPONCE INADEQUATE. I WAS PHYSICALLY ASSAULTED BY AN OFFICER SO I DESERVE A MORE TRANSPARENT RESPONCE AND MY REMEDIES WERE NOT ADDRESSED. NOT THE ONES I SOUGHT. FURTHERMORE, MY ORIGINAL GRIEVANCE ALL OF A SUDDEN APPEARED TO BE FOUND IN MAJOR ISHMIONS MAILBOX OVER A MONTH LATER AFTER MY GIVING IT TO STAFF IN ORDER TO BE PROPERLY FILED. BETWEEN THAT TIME AND THE ENTIRE TIME I WAS HOUSED IN THE INFIRMARY I CONTINUOUSLY INQUIRED ABOUT THE WHERE ABOUTS OF MY ORIGINAL GRIEVANCE. EVERY STAFF MEMORY I ASKED ABOUT IT INCLUDING MAJOR ISHMION TOLD ME THEY WERE LOOKING FOR IT. THEN IT ALL OF A SUDDEN WAS DICOVERED IN MAJOR ISHMIONS MAIL BOX ACCORDING TO CPT CLELAND. I ASKED MJR. ISHMION WAS THAT TRUE. HE CONFIRMED IT WAS. BUT NO ONE WILL TELL ME WHERE IT WAS. THE THING ABOUT THIS THOUGH IS THAT I WAS NOTIFIED ABOUT IT AND RECEIVED THE ORIGINAL COPY TOO, ON THE SAME DAY I

Additional space on next sheet
Check box if additional sheet is used ☐

Inmate Signature                    Date  12-29-2020        Received by                    Date Received

cc:    Administrative File
       Inmate File

Page 1 of 2
Revised 04/07/20

WAS MOVED FROM INFIRMARY CELL 20 TO 8-B1-8, WHICH THERE IS NO INDICATION NOTEING WHEN STAFF RECEIVED THE GRIEVANCE. AND NO GRIEVANCE OFFICER CAME TO SPEAK WITH ME ABOUT IT. I WAS GAVE BACK MY GRIEVANCE BUT NOONE SIGNED IT. I WROTE MR. STLER AN EXTENSIVE 4-5 PAGE LETTER ABOUT IT ALL BUT DID NOT RECEIVE AN ANSWER. I WROTE A SECOND GRIEVANCE BEFORE THAT AND THE RESPONSE WAS DOCUMENTED 9-16-20 TO MR. REED AND MR. ISHMON BOTH KNEW ABOUT THE MISSING GRIEVANCE AND I RECEIVED A COPY AND RESPONSE SUCH IN THE 2ND GRIEVANCE ABOUT THE MATTER. HOWEVER IN THE RESPONSE NONE OF MY SOUGHT REMEDIES WERE MET. MY PHYSICAL INJURIES WERE NOT PHOTOGRAPHED LIKE I ASKED EITHER. AND I CONTINUE TO BELIEVE THAT BRUTAL SITUATION, ESPECIALLY WHEN I SEE TRANSPORTATION OFFICER FINCH. THE ENTIRE SITUATION WAS ON CAMERA IN 8D'S SALLYPORT. I ALSO ASKED FOR THE FOOTAGE TO BE SAVED. I ASKED FOR THAT IN BOTH GRIEVANCES. MY INJURIES WERE NOT PHOTOGRAPHED. THEY WERE DOCUMENTED BY NURSE JENNIFER, BUT SHE STOPPED WORKING HERE SHORTLY AFTER. SHE TOLD ME SHE DOCUMENTED THE CHOKE MARKS AROUND MY NECK AND ON MY THROAT, THE CUTS ON EACH SIDE OF MY LIPS, THE CUT ABOVE MY TOP LIP CLEFT BETWEEN EACH OF MY NOSTROLS WHERE MY NOSE WAS ALMOST TORE OFF FROM THE OFFICER DIGGING IN MY NOSE FROM BEHIND AND AGGRESSIVLY AND CRUELY YANKS ON MY NOSE AND THE CUTS AND BLOOD IN MY NOSE WHERE THE OFFICER (FINCH) FORCEFULLY DUG INTO MY NOSE. (ALL OF ITS ON CAMERA) TOO! GOD KNOWS I WAS CLEARLY ASSAULTED BECAUSE I WAS FULLY RESTRAINED IN A RESTRAINT CHAIR. THE FACT THAT I WAS STRAPPED IN, CUFFED BEHIND MY BACK AND SHACKLED AT MY ANKLES PROVE THAT THE FORCE USED WAS EXCESSIVE. PLEASE RESPOND AND PLEASE MEET MY ORIGINALLY SOUGHT REMEDIES? Thank You.

NOTE: BESIDES NURSE JENNIFER, I ALSO WAS SEEN BY A FEMALE DOCTOR OR NURSE PRACTIONER WHO LATER DOCUMENTED THE INJURIES THAT WERE STILL VIZIBLE.

Do not write below this line. Use additional forms if needed.

Inmate Initials

Page 2 of 2