## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| AARON ANTONY BRADFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:21 CV 142 MTS |
| UNKNOWN FINCH, et al., | ) ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Aaron Antony Bradford's response to the Court's order of July 13, 2021, directing him to provide additional information with which to serve defendants. Doc. [15]. According to his response, the full name of defendant Unknown Finch is Prentis Finch, and the full name of defendant Unknown Wright is Corey Wright. Plaintiff further states that he received this information from a caseworker, and that the spellings are correct. Based on this updated information, the Court will direct the Clerk of Court to issue process on Prentis Finch in his individual capacity as to plaintiff's claim of excessive force, and on Corey Wright in his individual capacity as to plaintiff's claim of failure to intervene.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall update the docket sheet to reflect that the full name of defendant Unknown Finch is Prentis Finch, and that the full name of defendant Unknown Wright is Corey Wright.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue on defendant Prentis Finch in his individual capacity as to plaintiff's claim of excessive force, and on defendant Corey Wright in his individual capacity as to plaintiff's claim of failure to intervene.

Dated this 2nd day of August, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE