**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| AARON ANTONY BRADFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:21-cv-00142-MTS |
| PRENTIS FINCH, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Aaron Antony Bradford's motion for the entry of default judgment. Doc. [26]. In the motion, plaintiff alleges that defendants Prentis Finch and Corey Wright have failed to answer his complaint. The motion will be denied, as defendants have sought – and received – an extension of time in which to file an answer or other responsive pleading. Docs. [24] and [25]. Defendants have until December 9, 2021 to file a responsive pleading, and that date has not yet passed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for entry of default judgment, Doc. [26] is **DENIED**.

Dated 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE