## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| AARON ANTONY BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-142-MTS |
| | ) | |
| PRENTIS FINCH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Compel Disclosure of Medical Records and Mental Health Records, Doc. [41].  In his Motion, Plaintiff requests that Defendants provide Plaintiff with several pieces of discovery relevant to his claim.

First, Plaintiff requests <u>full</u> medical records from August 4, 2020, to September 14, 2020, which includes records fully documenting Plaintiff's injuries.  Also, Plaintiff discusses specific medical records of physical injuries that were *not* provided, which includes alleged nurses who further documented Plaintiff's injuries but were not named in Defendants' disclosures.

Second, Plaintiff requests full mental health records relating to his claim and psychological damages, which include records from Dr. Siefer, Dr. Jackson, and Dr. Liekart.

Finally, Plaintiff requests camera footage from the incident that Defendants claimed to have in their disclosures but failed to provide Plaintiff with.

The Court finds that the discovery sought is certainly relevant to Plaintiff's claims and should have been turned over during initial disclosures.  *See* Fed. R. Civ. P. 26.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Disclosure of Medical

Records and mental health records, Doc. [41], is **GRANTED**.

     **IT IS FURTHER ORDERED** that Defendants shall provide to Plaintiff all medical records and camera footage discussed in Plaintiff's Motion within twenty-one (21) days of the date of this Order.  If Defendants do not possess the requested discovery, Defendants should promptly notify the Court.

     **IT IS FINALLY ORDERED** that the discovery deadline pursuant to the Case Management Order, Doc. [30], is extended for another ninety (90) days.  The Court will issue an Amended Case Management Order based on this ruling.

Dated this 8th day of June, 2022

 

_____

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE