## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| AARON ANTONY BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-142-MTS |
| ) | |
| PRENTIS FINCH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Compel, Doc. [50].[1] In his Motion, Plaintiff requests that Defendants provide Plaintiff with a *full* Duty Roster from August 4, 2020, to August 7, 2020, which includes rosters from <u>all three (3) shifts</u>.[2] Plaintiff also requests video footage, which the Court has *already* ordered Defendants to produce pursuant to a June 8, 2020, Memorandum and Order. *See* Doc. [43]. The Court finds that the discovery sought is certainly relevant to Plaintiff's claims and should have been turned over during initial disclosures. *See* Fed. R. Civ. P. 26.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel, Doc. [50], is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall provide to Plaintiff all duty rosters and camera footage discussed in Plaintiff's Motion, **no later than by October 24, 2022**. Defendants shall certify to the Court that Plaintiff possesses <u>working versions</u> of the requested footage no later than by October 24, 2022.

---

[1] The Court received Plaintiff's Motion on September 12, 2022.
[2] Plaintiff acknowledges that Defendants did disclose a duty roster in their "original disclosure," but that the roster contained only first shift (6:30 a.m. to 2:30 p.m.) and not rosters for the full dates of 8/4/2020 through 8/7/2020. *See* Doc. [50] at 1–2.

**IT IS FINALLY ORDERED** that the discovery deadline pursuant to the Amended Case Management Order, Doc. [44], is extended for another sixty (60) days.  The Court will issue an Amended Case Management Order based on this ruling.

Dated this 3rd day of October 2022

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE