# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| AARON ANTONY BRADFORD ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Cause No.     4:21-CV-142-MTS |
| ) | |
| v. ) | |
| ) | |
| **PRENTIS FINCH, et al.,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendant.** ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff and Defendants, by and through undersigned, pursuant to Rule 41(a)(l)(A)(ii), and with consent of all Parties, hereby dismisses all claims against all Defendants, with prejudice. Each party to bear his, her, its own costs.

Respectfully Submitted,

_/s/ Aaron Bradford_
Aaron Antony Bradford
Plaintiff, *pro se*

BETH ORWICK
COUNTY COUNSELOR

By:   /s/ Portia J. Britt
Portia J. Britt, #69016
Assistant County Counselor
Office of The County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 615-7038
pbritt@stlouiscountymo.gov

*Attorneys for Defendants Finch and Wright*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 8, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. The foregoing was also served to Plaintiff via mail delivery at:

Aaron Bradford
City of St. Louis Justice Center

                   */s/* Portia J. Britt
                   Portia J. Britt, 69016